In the Matter of the Claim of JANE LAUBECK, Respondent, against TOC's PRODUCTS COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Submitted May 20, 1941; decided June 12, 1941.

*Herbert F. Hastings, Jr.,* and *F. G. Mann* for appellants.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., and LOUGHRAN, J., dissent on the ground that the accident did not arise out of and in the course of claimant's employment.